**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

WILLIAM DICKS,                               : No. 69 EM 2015
:
Petitioner                                   :
:
:
v.                                           :
:
:
PENNSYLVANIA BOARD OF                        :
PROBATION AND PAROLE,                        :
:
Respondent                                   :

## ORDER

**PER CURIAM**

AND NOW, this 7th day of July, 2015, the Application to File Reconsideration of Denial of Allowance of Appeal Out of Time is **DENIED**.